1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.; BMG MUSIC;
7  SONY BMG MUSIC ENTERTAINMENT; LAFACE
   RECORDS LLC; UMG RECORDINGS, INC.; ELEKTRA
8  ENTERTAINMENT GROUP INC.; and CAPITOL
   RECORDS, INC.
9

             UNITED STATES DISTRICT COURT
10           NORTHERN DISTRICT OF CALIFORNIA
11

12

13 VIRGIN RECORDS AMERICA, INC., a        CASE NO. C 07 4857
   California corporation; BMG MUSIC, a New
14 York general partnership; SONY BMG MUSIC  **CERTIFICATION OF INTERESTED**
   ENTERTAINMENT, a Delaware general       **ENTITIES OR PARTIES**
15 partnership; LAFACE RECORDS LLC, a
   Delaware limited liability company; UMG
16 RECORDINGS, INC., a Delaware corporation;
   ELEKTRA ENTERTAINMENT GROUP INC.,
17 a Delaware corporation; and CAPITOL
18 RECORDS, INC., a Delaware corporation,

19              Plaintiffs,

20
21     v.

22
   JOHN DOE #6,
23              Defendant.

24
25
26
27
28

Certification of Interested Entities or Parties
Case No.
#32540 v1

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following companies are parents of, or partners in Plaintiff Virgin Records America, Inc.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff BMG Music: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Sony BMG Music Entertainment: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Laface Records Llc: Sony BMG Music Entertainment; USCO Holdings Inc.; BeSo Holding LLC; Arista Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG Recordings, Inc.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff Elektra Entertainment Group Inc.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff Capitol Records, Inc.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company.

EMI Group plc. is publicly traded in the U.K.

Dated: September 20, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.; BMG MUSIC; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; UMG RECORDINGS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; and CAPITOL RECORDS, INC.