IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIRGIN RECORDS, et al.

    Plaintiffs,

v.

JOHN DOE #6,

    Defendant.

No. C 07-04857 JSW

**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on San Francisco State University to obtain the identity of Defendant John Doe #6 ("Defendant") by serving a Rule 45 subpoena that seeks documents that identify Defendant, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED that if and when San Francisco State University is served with a subpoena, it shall, within five business days, give written notice to the subscribers whose identities are to be disclosed in response to the subpoena. Such written notice may be achieved by messages sent by electronic email. If San Francisco State University and/or any defendant wishes to move to quash the subpoena, that party shall do so before the return date.

////

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

**IT IS SO ORDERED.**

Dated: October 9, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE