1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  BMG MUSIC; SONY BMG MUSIC
   ENTERTAINMENT; LAFACE RECORDS
8  LLC; UMG RECORDINGS, INC.;
   ELEKTRA ENTERTAINMENT GROUP
9  INC.; and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br>    Plaintiffs,<br><br>    v.<br><br>JOHN DOE #6,<br>    Defendant. | CASE NO. 3:07-CV-04857-JSW<br><br>Honorable Jeffrey S. White<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1  Plaintiffs respectfully request that the Court continue the case management conference currently set for January 4, 2008, at 1:30 p.m. to April 4, 2008.

Plaintiffs filed the Complaint against Defendant John Doe #6 ("Defendant") on September 20, 2007. Also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on San Francisco State University ("SFSU"), so that Plaintiffs could obtain information sufficient to identify Defendant. On October 9, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on SFSU. On November 16, 2007, SFSU responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information including Defendant's name, telephone number, and address.

After learning Defendant's identity, Plaintiffs sent a letter to Defendant on December 4, 2007 in hopes of resolving this dispute without further litigation, and have attempted to follow up by telephone. If Plaintiffs are unable to contact Defendant and resolve the dispute, Plaintiffs plan to file an amended complaint naming Defendant personally.

Given the foregoing circumstances, and because there is not yet a named defendant in this case, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 4, 2008, at 1:30 p.m. to April 4, 2008.

Dated: December 20, 2007                              HOLME ROBERTS & OWEN LLP


                                                      By: _____*/s/ Matthew Franklin Jaksa*___
                                                          MATTHEW FRANKLIN JAKSA
                                                          Attorney for Plaintiffs

1 **ORDER**

2 Good cause having been shown:

3 **IT IS ORDERED** that the case management conference currently set for January 4, 2008, at
4 1:30 p.m. be continued to April 4, 2008.

7 Dated: _____     By: _____
                                        Honorable Jeffrey S. White
8                                       United States District Judge