1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  BMG MUSIC; SONY BMG MUSIC
   ENTERTAINMENT; LAFACE RECORDS
8  LLC; UMG RECORDINGS, INC.;
   ELEKTRA ENTERTAINMENT GROUP
9  INC.; and CAPITOL RECORDS, INC.

10
11                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
12                         SAN FRANCISCO DIVISION

13  | | |
    |---|---|
14  | VIRGIN RECORDS AMERICA, INC., a California corporation; BMG MUSIC, a New York general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and CAPITOL RECORDS, INC., a Delaware corporation, | CASE NO. 3:07-CV-04857-JSW <br><br> Honorable Jeffrey S. White <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
    | Plaintiffs, | |
    | v. | |
    | JOHN DOE #6, | |
    | Defendant. | |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04857-JSW
#34940 v1

1  Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS AMERICA,
2  INC., *et al*., by and through their attorneys, voluntarily dismiss without prejudice their copyright
3  infringement claims against Defendant John Doe #6, also identified as ID #128985756 with IP
4  address 130.212.161.110 2007-05-14 02:03:13 EDT, each party to bear its/his own fees and costs.
5  The Clerk of Court is respectfully requested to close this case.

6  Dated:  January 29, 2008                                    HOLME ROBERTS & OWEN LLP

8                                                                          By:  _____*/s/ Matthew Franklin Jaksa*___
                                                                                    MATTHEW FRANKLIN JAKSA
9                                                                                   Attorney for Plaintiffs

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04857-JSW
#34940 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On January 29, 2008, I served the foregoing documents described as:

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**Elspeth Cora Tozier**
**104 Cambon Dr.**
**San Francisco, CA 94132**

☒    BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 29, 2008 at San Francisco, California.

*Della Grant*
_____
Della Grant

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04857-JSW
#34940 v1